JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alfredo Pedraza et al<br><br>  Plaintiff,<br><br>v.<br><br>City of Los Angeles et al<br><br>  Defendants. | Case No.  CV 15-01861-AB (SSx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **21 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 23, 2016     _____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.